**IN THE UNITED STATES DISTRICT COURT FOR THE
FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| N.Y. Orthopedic USA, Inc.,<br><br>                    Plaintiff,<br><br><br>          v.<br><br><br>Skil-Care Holdings, Inc.,<br><br>                    Defendant. | Case No.:1:26-cv-2409<br><br><br>**COMPLAINT**<br><br><br>JURY TRIAL DEMANDED |

Plaintiff N.Y. Orthopedic USA, Inc. ("N.Y. Orthopedic") hereby alleges for its Complaint against defendant Skil-Care Holdings, Inc. ("Skil-Care") on personal knowledge as to its own activities and on other information and belief as to all other matters, as follows:

## NATURE OF THE ACTION

1. This is an action for patent infringement under the laws of the United States, 35 U.S.C. §§ 100, *et seq*.

2. This action arises from Skil-Care's import, manufacture, use, offer for sale, and sale in the United States of products—including Skil-Care's "Super Soft HeelCheck Boot" and "Adjustable Heel-Float™"—that infringe claims of N.Y. Orthopedic's patent.

## JURISDICTION AND VENUE

3. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

4. This Court has personal jurisdiction over Skil-Care because, upon information and belief, Skil-Care is a New York corporation, has availed itself of the rights and benefits of the laws of New York, has derived substantial revenue from the sales of its products in New York, has systematic and continuous business contacts with New York, and/or has a principal place of business in this District, and has committed at least some of the infringing acts alleged herein in New York.

5. Venue is proper in this action pursuant to U.S.C. §§ 1391, 1400(b) at least because Skil-Care resides in this District and/or has committed acts of infringement in this District and has a regular and established place of business in this District.

## PARTIES

6. N.Y. Orthopedic is a corporation that is incorporated in New York and has its principal place of business at 63 Flushing Avenue, Suite 702, Brooklyn, New York 11205.

7. Upon information and belief, Skil-Care is a corporation that is incorporated in New York and has its principal place of business at 20 Jones Street, Suite #2, New Rochelle, New York 10801. Skil-Care may be served at its registered agent Corporation Service Company at 80 State Street, Albany, NY 12207-2543.

## FACTS

8. N.Y. Orthopedic sent a demand letter dated January 21, 2026 (the "First Demand Letter"), providing notice of infringement of N.Y. Orthopedic's patent rights and demanding that Defendant cease and desist from the importation, use, manufacture, sale, and offer for sale of the "Super Soft HeelCheck Boot."

9. On February 1, 2026, Skil-Care responded to the First Demand Letter, denying that its "Super Soft HeelCheck Boot" infringes N.Y. Orthopedic's patent.

## THE PATENT-IN-SUIT

10. U.S. Patent No. 12,508,144 (the "'144 Patent"; copy attached as Exhibit A), entitled "SIDES-DOWN, OPEN DOOR PRESSURE RELIEF BOOT," was duly issued on December 30, 2025.

11. N.Y. Orthopedic is the sole owner by assignment of all right, title, and interest in and to the '144 Patent, including all rights to recover for any and all infringement of the '144 Patent.

## THE ACCUSED PRODUCTS

12. Skil-Care imports, makes, uses, offers for sale, and/or sells products in the United States that infringe the '144 Patent.

13. As shown below, Skil-Care imports, makes, uses, offers for sale, and/or sells its "Super Soft HeelCheck Boot," Re-Order No. 503410 (the "HeelCheck Boot"). *See* https://skil-care.com/wp-content/uploads/products/503410_SSHeelCheckProtectorBoot_0324_JD.pdf



14. Skil-Care offers the HeelCheck Boot for sale at least on its website.[1]

15. As shown below, Skil-Care imports, makes, uses, offers for sale, and/or sells its "Adjustable Heel-Float™," Re-Order Nos. 503125, 503153, and 503154 ("Heel-Float Boot")[2] (the HeelCheck Boot and Heel-Float Boot, collectively referred to as the "Accused Products").

16. Skil-Care offers the Heel-Float Boot for sale at least on its website.[3]

---

[1] https://skil-care.com/product/super-soft-heel-protector/ (last visited March 5, 2026).

[2] https://skil-care.com/product/adjustable-heel-float/ (last visited March 5, 2026).

[3] https://skil-care.com/product/adjustable-heel-float/ (last visited March 5, 2026).



**COUNT I: PATENT INFRINGEMENT OF THE '144 PATENT**

17. N.Y. Orthopedic repeats and realleges all previous paragraphs as if fully incorporated herein.

18. Skil-Care infringes one or more claims of the '144 Patent, including but not limited to claims 1, 8, and 12, either literally or under the doctrine of equivalents, by making, using, selling, offering to sale, or importing into the U.S. the Accused Products.

19. The Accused Products embody each element of at least one of the claims of the '144 Patent, including claims 1, 8, and 12.

20. By making, using, selling, offering for sale, and/or importing the Accused Products, Skil-Care infringes Claim 1 of the '144 Patent, in violation of 35 U.S.C. § 271(a).

21. Claim 1 recites: A therapeutic boot comprising:

- an upper configured to:

4

- o  cover a medial side of a human patient's leg;
- o  cover a lateral side of the human patient's leg;
- o  extend past the human patient's foot from a heel-end of the human patient's foot to a toe-end of the human patient's foot; and
- o  define a plantar surface that is configured to extend from the heel-end of the human patient's foot to the toe-end of the human patient's foot; and
- a sole, comprising a single segment hingedly affixed to the upper, the single segment configured to:
  - o  rotate relative to the upper between an open position and a closed position; and
  - o  releasably attach to the upper;
  - o  wherein, in the open position, the single segment is positioned to expose the entire plantar surface, and in the closed position, the single segment is positioned to cover the entire plantar surface.

22. For example, the HeelCheck Boot is a therapeutic boot that includes an upper, as shown below. *See e.g.*, https://skil-care.com/product/super-soft-heel-protector/ (annotations added).



23. Additionally, the Heel-Float Boot includes the limitation noted in the preceding paragraph, as shown in the image below. *See e.g.,* https://skil-care.com/product/adjustable-heel-float/ (annotations added).



24. The HeelCheck Boot includes an upper that is configured to cover a medial side and lateral side of a human patient's leg, as shown below. *See e.g.*, https://skil-care.com/product/super-soft-heel-protector/ (annotations added).



an upper that is configured to cover a medial side and lateral side of a human patient's leg

an upper that is configured to cover a medial side and lateral side of a human patient's leg

25. Additionally, the Heel-Float Boot includes the limitation noted in the preceding paragraph, as shown in the image below. *See e.g.,* https://skil-care.com/wp-content/uploads/products/503152-23715%20adjustable%20heel%20floa.pdf (annotations added).



an upper that is configured to cover a medial side and lateral side of a human patient's leg

C

26. The HeelCheck Boot includes an upper that extends past the human patient's foot from a heel-end of the human patient's foot to a toe-end of the human patient's foot, as shown below. *See e.g.*, https://skil-care.com/product/super-soft-heel-protector/ (annotations added).



27. Additionally, the Heel-Float Boot includes the limitation noted in the preceding paragraph, as shown in the image below. *See e.g.,* https://skil-care.com/wp-content/uploads/products/503152-23715%20adjustable%20heel%20floa.pdf (annotations added).



28. The HeelCheck Boot includes an upper that defines a plantar surface that is configured to extend from the heel-end of the human patient's foot to the toe-end of the human patient's foot, as shown below. *See e.g.*, https://skil-care.com/product/super-soft-heel-protector/ (annotations added).



29. Additionally, the Heel-Float Boot includes the limitation noted in the preceding paragraph, as shown in the image below. *See e.g.,* https://skil-care.com/wp-content/uploads/products/503152-23715%20adjustable%20heel%20floa.pdf (annotations added).



30. The HeelCheck Boot includes a sole comprising a single segment hingedly affixed to the upper, as shown below. *See e.g.,* https://skil-care.com/product/super-soft-heel-protector/ (annotations added).



31. Additionally, the Heel-Float Boot includes the limitation noted in the preceding paragraph, as shown in the image below. *See e.g.,* https://skil-care.com/product/adjustable-heel-float/ (annotations added).



32. The HeelCheck Boot includes a single segment that is configured to rotate relative to the upper between an open position and closed position, as shown below. *See e.g.,* https://skil-care.com/product/super-soft-heel-protector/ (annotations added).



33. Additionally, the Heel-Float Boot includes the limitation noted in the preceding paragraph, as shown in the image below. *See e.g.,* https://skil-care.com/wp-content/uploads/products/503152-23715%20adjustable%20heel%20floa.pdf (annotations added).



34. The HeelCheck Boot includes a single segment that is configured to releasably attach to the upper, as shown below. *See e.g.*, https://skil-care.com/product/super-soft-heel-protector/ (annotations added).



35. Additionally, the Heel-Float Boot includes the limitation noted in the preceding paragraph, as shown in the image below. *See e.g.,* https://skil-care.com/wp-content/uploads/products/503152-23715%20adjustable%20heel%20floa.pdf (annotations added).



36. The HeelCheck Boot includes a single segment that provides an open position to expose the entire plantar surface, as shown below. *See e.g.*, https://skil-care.com/product/super-soft-heel-protector/ (annotations added).



15

37. Additionally, the Heel-Float Boot includes the limitation noted in the preceding paragraph, as shown in the image below. *See e.g.,* https://skil-care.com/wp-content/uploads/products/503152-23715%20adjustable%20heel%20floa.pdf (annotations added).



38. The HeelCheck Boot includes a single segment that provides a closed position to cover the entire plantar surface, as shown below. *See e.g.*, https://skil-care.com/product/super-soft-heel-protector/ (annotations added).



closed position

39. Additionally, the Heel-Float Boot includes the limitation noted in the preceding paragraph, as shown in the image below. *See e.g.,* https://skil-care.com/product/adjustable-heel-float/ (annotations added).



40. By making, using, selling, offering for sale, and/or importing the Accused Products Skil-Care infringes Claim 8 of the '144 Patent, in violation of 35 U.S.C. § 271(a).

41. Claim 8 recites: The therapeutic boot comprising:

- a first upper segment configured to cover at least a portion of a medial side of a leg of a bedridden human patient;

- a second upper segment configured to cover at least a 50 portion of a dorsal side of the leg;

- a third upper segment configured to cover at least a portion of a lateral side of the leg:

  - wherein the first and third upper segments are configured to extend past a foot of the bedridden human patient and define a plantar surface that extends from a heel-end of a foot of the human patient to a toe-end of the foot; and

- a single sole segment hingedly affixed to at least one segment of the upper and configured to:

  o rotate relative to the at least one segment of the upper

  o releasably attach to at least one other segment of the upper; and

  o rotate between an open position and closed position

    ▪ wherein, in the open position, the single sole segment is positioned to expose the entire plantar surface, and in the closed position, the sole is positioned to cover the entire plantar surface.

42. The HeelCheck Boot includes a first upper segment configured to cover at least a portion of a medial side of a leg of a bedridden human patient, as shown below. *See e.g.*, https://skil-care.com/product/super-soft-heel-protector/ (annotations added).



first upper segment configured to cover at least a portion of a medial side of a leg of a bedridden human patient (either segment may meet this limitation depending on which foot is injured

43. Additionally, the Heel-Float Boot includes the limitation noted in the preceding paragraph, as shown in the image below. *See e.g.,* https://skil-care.com/wp-content/uploads/products/503152-23715%20adjustable%20heel%20floa.pdf (annotations added).



44. The HeelCheck Boot includes a second upper segment configured to cover at least a portion of a dorsal side of the leg, as shown below. *See e.g.,* https://skil-care.com/product/super-soft-heel-protector/ (annotations added).



45. Additionally, the Heel-Float Boot includes the limitation noted in the preceding paragraph, as shown in the image below. *See e.g.,* https://skil-care.com/wp-content/uploads/products/503152-23715%20adjustable%20heel%20floa.pdf (annotations added).



46. The HeelCheck Boot includes a third upper segment configured to cover at least a portion of a lateral side of the leg, as shown below. *See e.g.*, https://skil-care.com/product/super-soft-heel-protector/ (annotations added).



third upper segment configured to cover at least a portion of a lateral side of a leg of a bedridden human patient (either segment may meet this limitation depending on which foot is injured

47. Additionally, the Heel-Float Boot includes the limitation noted in the preceding paragraph, as shown in the image below. *See e.g.,* https://skil-care.com/wp-content/uploads/products/503152-23715%20adjustable%20heel%20floa.pdf (annotations added).





48. The HeelCheck Boot includes a first and third upper segment configured to extend past a foot of a bedridden human patient and define a plantar surface that extends from a heel-end of a foot of the human patient to a toe-end of the foot, as shown below. *See e.g.*, https://skil-care.com/product/super-soft-heel-protector/ (annotations added).



49. Additionally, the Heel-Float Boot includes the limitation noted in the preceding paragraph, as shown in the image below. *See e.g.,* https://skil-care.com/wp-content/uploads/products/503152-23715%20adjustable%20heel%20floa.pdf (annotations added).



first or third upper segment

configured to extend past a foot of a bedridden human patient

define a plantar surface that extends from a heel-end of a foot of the human patient to a toe-end of the foot

first or third upper segment

A

50. The HeelCheck Boot includes a single sole segment hingedly affixed to at least one segment of the upper, as described in Paragraph 30.

51. Additionally, the Heel-Float Boot includes a single sole segment hingedly affixed to at least one segment of the upper, as described in Paragraph 31.

52. The HeelCheck Boot includes a single sole segment configured to rotate relative to the at least one segment of the upper, as shown in the image below. *See e.g.*, https://skil-care.com/product/super-soft-heel-protector/ (annotations added).



53. Additionally, Heel-Float Boot includes a single sole segment configured to rotate relative to the at least one segment of the upper, as shown in the image below. *See e.g.,* https://skil-care.com/wp-content/uploads/products/503152-23715%20adjustable%20heel%20floa.pdf (annotations added).



54. The HeelCheck Boot includes a single sole segment configured to releasably attach to at least one other segment of the upper, as described in Paragraph 34.

55. Additionally, Heel-Float Boot includes a single sole segment configured to releasably attach to at least one other segment of the upper, as described in Paragraph **Error! Reference source not found.**.

56. The HeelCheck Boot includes a single sole segment configured to rotate between an open position and a closed position, as shown in the image below. *See e.g.*, https://skil-care.com/product/super-soft-heel-protector/ (annotations added).



57. Additionally, the Heel-Float Boot includes the limitation noted in the preceding paragraph, as shown in the image below. *See e.g.,* https://skil-care.com/wp-content/uploads/products/503152-23715%20adjustable%20heel%20floa.pdf (annotations added).



58. The HeelCheck Boot includes a single sole segment that exposes the entire plantar foot in an open position and covers the entire plantar foot in a closed position, as shown in the image below. *See e.g.,* https://skil-care.com/product/super-soft-heel-protector/ (annotations added).



59. Additionally, the Heel-Float Boot includes the limitation noted in the preceding paragraph, as shown in the image below. *See e.g.,* https://skil-care.com/wp-content/uploads/products/503152-23715%20adjustable%20heel%20floa.pdf (annotations added).



60. By making, using, selling, offering for sale, and/or importing the Accused Products Skil-Care infringes Claim 12 of the '144 Patent, in violation of 35 U.S.C. § 271(a).

61. Claim 12 recites: A method of protecting a foot and a leg of a bedridden human patient, the method comprising:

- positioning a first, second, and third segment of a boot upper relative to a medial, lateral, and dorsal side of the leg and thereby defining a plantar surface that extends past the foot from a heel-end of the foot to a toe-end of the foot:

- rotating a single sole segment about the boot upper into a closed position that covers the entire plantar surface; and

- releasably attaching the single sole segment to the boot upper to maintain the single sole segment in the closed position.

62. The use of the HeelCheck Boot includes a method of protecting a foot and leg of a bedridden human patient, as shown below. *See e.g.,* https://skil-care.com/product/super-soft-heel-protector/ (last visited March 5, 2026).



63. Additionally, the Heel-Float Boot includes the limitation noted in the preceding paragraph, as shown in the image below. *See e.g.,* https://skil-care.com/wp-content/uploads/products/503152-23715%20adjustable%20heel%20floa.pdf (last visited March 5, 2026).

# ADJUSTABLE HEEL-FLOAT



| Reorder # | Size | Unit |
|---|---|---|
| 503152 | Small (Petite Adult/Pediatric) | Each |
| 503153 | Medium (Average Adult) | Each |
| 503154 | Large (Large Adult/Bariatric) | Each |
| 503095 | Replacement Gel Pack(small) | Each |
| 503097 | Replacement Gel Pack(medium) | Each |
| 503099 | Replacement Gel Pack(large) | Each |

**Purpose**
Skil-Care's Adjustable Heel-Float off-loads the heel by suspending it over an air cavity. This eliminates pressure to prevent the formation of pressure ulcers and aid in the healing of exisiting sores. The foot support is adjustable to accommodate a wide range of plantar flexion needs and has a firm insert for additional support. The Adjustable Heel-Float includes a gel pack that relieves pressure beneath the ankle and lower calf.



64. The method of using the HeelCheck Boot includes positioning a first, second, and third segment of a boot upper relative to a medial, lateral, and dorsal side of the leg thereby defining a plantar surface that extends past the foot from the heel-end of the foot to the toe-end of the foot, as shown below. *See e.g.*, https://skil-care.com/product/super-soft-heel-protector/ (annotations added).



65. Additionally, the Heel-Float Boot includes the limitation noted in the preceding paragraph, as shown in the image below. *See e.g.,* https://skil-care.com/wp-content/uploads/products/503152-23715%20adjustable%20heel%20floa.pdf (annotations added).



66. The method of using the HeelCheck Boot includes rotating a single sole segment about the boot upper into a closed position that covers the entire plantar surface, as shown below. *See e.g.,* https://skil-care.com/product/super-soft-heel-protector/ (annotations added).



67. Additionally, the Heel-Float Boot includes the limitation noted in the preceding paragraph, as shown in the image below. *See e.g.,* https://skil-care.com/wp-content/uploads/products/503152-23715%20adjustable%20heel%20floa.pdf (annotations added).



68. The method of using the HeelCheck Boot includes releasably attaching the single sole segment to the boot upper to maintain the single sole segment in the closed position, as shown below. *See e.g.*, https://skil-care.com/product/super-soft-heel-protector/ (annotations added).



69. Additionally, the Heel-Float Boot includes the limitation noted in the preceding paragraph, as shown in the image below. *See e.g.,* https://skil-care.com/product/adjustable-heel-float/ (annotations added).



70. Skil-Care also indirectly infringes the '144 Patent within the United States by inducement under 35 U.S.C. § 271(b).

71. Since learning of the '144 Patent, at least on or about December 30, 2025, and by failing to cease the offering of the Accused Products, Skil-Care has knowingly and intentionally induced others in this judicial district and throughout the United States, including but not limited to Skil-Care's customers, to directly infringe one or more claims of the '144 Patent such as Claims 1, 8, and 12.

72. Skil-Care does so, *inter alia*, by providing instructions or information to explain how to use the HeelCheck Boot in an infringing manner, including but not limited to the instructions shown at https://skil-care.com/wp content/uploads/products/503410_SSHeelCheckProtectorBoot_0324_JD.pdf (last visited March 5, 2026).

73. Skil-Care does so, *inter alia*, by providing instructions or information to explain how to use the Heel-Float Boot in an infringing manner, including but not limited to the instructions shown at https://skil-care.com/product/super-soft-heel-protector/.

74. Skil-Care's infringement has damaged N.Y. Orthopedics in an amount yet to be determined, of at least a reasonable royalty and/or the lost profits that N.Y. Orthopedics would have made but for Skil-Care's acts of infringement.

75. N.Y. Orthopedics has been injured by Skil-Care's infringement of the '144 Patent.

76. N.Y. Orthopedics has suffered damages in the form of lost profits and/or lost opportunities. N.Y. Orthopedics is entitled to recover damages to compensate it for Skil-Care's infringing activities in an amount to be determined at trial, but in no event less than a reasonable royalty.

77. N.Y. Orthopedics has been damaged by Skil-Care's infringement of the '144 Patent.

78. Skil-Care's infringement has been deliberate, willful, intentional, egregious, and with knowledge of the '144 Patent, at least as of on or about December 30, 2025, such that N.Y. Orthopedics is entitled to recover its attorneys' fees and other expenses of litigation pursuant to 35 U.S.C. § 285.

## JURY DEMAND

N.Y. Orthopedics request a trial by jury on all issues so triable.

## PRAYER FOR RELIEF

N.Y. Orthopedics respectfully requests that this Court find in favor against Skil-Care and that the Court:

a) Grant judgment in favor of N.Y. Orthopedics and against Skil-Care on all of N.Y. Orthopedics's claims, including adjudging that Skil-Care has infringed, actively induced infringement of the '144 Patent;

b) Order Skil-Care to account and pay damages adequate to compensate N.Y. Orthopedics for Skil-Care's infringement of the '144 Patent, including for any infringing acts not presented in trial and pre-judgment and post-judgment interest and costs, pursuant to 35 U.S.C. § 284;

c) Increase the amount of damages and/or profits awarded to N.Y. Orthopedics, as provided by law, including but not limited to ordering an accounting for any

infringing sales not presented at trial and an award by the Court of additional damages for any such infringing sales;

d) Increase the damages awarded to N.Y. Orthopedics up to three times the amount found to be the actual damages as authorized by 35 U.S.C. § 284;

e) Award N.Y. Orthopedics the fees, costs, and disbursements, and interest, expended in connection with any actions taken to investigate and confirm the claims made herein;

f) Declare this case exceptional and award N.Y. Orthopedics its reasonable attorneys' fees, pursuant to 35 U.S.C. § 285; and

g) Awarding such other and further relief as this Court deems just and proper.

Dated: March 24, 2026
    New York, New York                  Respectfully submitted,

By:    /s/ Serge Krimnus
        Serge Krimnus, Esq.
        **BOCHNER PLLC**
        1040 Avenue of the Americas, 15th Fl.
        New York, New York 10018
        646-971-0685
        serge@bochner.law

        *Attorneys for Plaintiff N.Y. Orthopedic USA, Inc.*